**Order entered February 15, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01185-CV

### D. CRAIG WALKER, Appellant

### V.

### AMERICA EXPRESS NATIONAL BANK, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18130**

## ORDER

Before the Court is appellant's February 10, 2023 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 7, 2023.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE